## STILES v STATE OF FLORIDA

### Case No. 88-92AC10 (County Court Case No. 88-19461MM10)

Seventeenth Judicial Circuit, Broward County

July 17, 1989

**APPEARANCES OF COUNSEL**

**Steven Michaelson,** Public Defender, for appellant.

**Carolyn McCann,** Assistant State Attorney, for appellee.

### OPINION OF THE COURT

RUSSELL E. SEAY, JR., Circuit Judge.

THIS IS an appeal on the issue of whether the trial court erred by denying appellant's Motion for Discharge where appellant had not been brought to trial within fifty (50) days of the demand for speedy trial pursuant to Rule 3.191(a)(2)(4).

This court finds that the trial court erred in denying the Motion for Discharge.

In support of this finding, this court adopts the reasoning and holding found in *State v Kilts,* 24 Fla. Supp. 2d 119 (17th Cir. 1987), and *State v Andino,* 24 Fla. Supp. 2d 142 (11th Cir. 1987). It is,

ORDERED that this cause is remanded to the trial court for the entry of an appropriate order granting the Motion for Discharge.

DONE AND ORDERED in chambers, at Fort Lauderdale, Broward County, Florida, this 17th day of July, 1989.